

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-13-00256-CR

JAMES ANTHONY DURR, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 180th District Court of Harris County.  (Tr. Ct. No. 1287887).

This case is an appeal from the final judgment signed by the trial court on February 22, 2013.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was error in that portion of the trial court's judgment that "Date of Offense" is "12/14/2010." Accordingly, the Court **modifies** the referenced portion of the trial court's judgment to show "date of Offense 11/14/2010."

The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment. Therefore, the Court **affirms** the trial court's judgment **as herein modified**.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 17, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.